B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pearson's Wine of Atlanta, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-1090842** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3072 Early Street, NW**<br>**Atlanta, GA**<br>ZIP Code **30305** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [■] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [■] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pearson's Wine of Atlanta, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pearson's Wine of Atlanta, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ J. Robert Williamson**
Signature of Attorney for Debtor(s)

**J. Robert Williamson 765214**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson**
Firm Name

**127 Peachtree St. NE**
**1500 Candler Bldg.**
**Atlanta, GA 30303**
Address

**Email: centralstation@swlawfirm.com**
**404-893-3880  Fax: 404-893-3886**
Telephone Number

**November  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marvin W. Eisenberg**
Signature of Authorized Individual

**Marvin W. Eisenberg**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  8, 2010**
Date

### CERTIFIED COPY OF RESOLUTIONS
### OF BOARD OF DIRECTORS
### PEARSON'S WINE OF ATLANTA, INC.

### OCTOBER 29, 2010

This is to certify that, at an emergency meeting of the Board of Directors (the "Board") of Pearson's Wine of Atlanta, Inc., a Georgia corporation (the "Company"), conducted on October 29, 2010, at which a quorum was present, the following resolution was duly adopted:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Marvin W. Eisenberg, President (together with any other officer of the Company, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins & Williamson, with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as attorneys for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code, and to pay to Scroggins & Williamson reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition

Credit Agreement"), and the Company is authorized to perform all of the obligations and agreements of the "Borrower" thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designee is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper and desirable in connection therewith, including (without limitation) a security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his or her sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company financial advisors, special counsel, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

Said Resolution is still of full force and effect.

By: *(signature: Marvin W. Eisenberg)*
Name: Marvin W. Eisenberg
Title: President
Dated: October 29, 2010

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Pearson's Wine of Atlanta, Inc.**       Case No.
    Debtor(s)                Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Air Heat North, Inc. 3840 Oakcliff Industrial Court Atlanta, GA 30340 | Air Heat North, Inc. 3840 Oakcliff Industrial Court Atlanta, GA 30340 | | Unliquidated | 480.00 |
| AmeriPark 3344 Peachtree Road NE, P-100 Atlanta, GA 30305 | AmeriPark 3344 Peachtree Road NE, P-100 Atlanta, GA 30305 | | Unliquidated | 715.00 |
| AT&T P.O. Box 105262 Atlanta, GA 30348 | AT&T P.O. Box 105262 Atlanta, GA 30348 | | Unliquidated | 200.00 |
| Aviva P.O. Box 29047 New York, NY 10087 | Aviva P.O. Box 29047 New York, NY 10087 | | Unliquidated | 4,500.00 |
| Blue Cross Blue Shield P.O. Box 406750 Atlanta, GA 30384 | Blue Cross Blue Shield P.O. Box 406750 Atlanta, GA 30384 | | Unliquidated | 3,500.00 |
| Cbeyond P.O. Box 406815 Atlanta, GA 30384 | Cbeyond P.O. Box 406815 Atlanta, GA 30384 | | Unliquidated | 1,502.95 |
| Charles Wilson 3401 Cranborne Chase Marietta, GA 30062 | Charles Wilson 3401 Cranborne Chase Marietta, GA 30062 | | | 1,375.00 |
| Crystal Springs P.O. Box 660579 Dallas, TX 75266 | Crystal Springs P.O. Box 660579 Dallas, TX 75266 | | Unliquidated | 100.00 |
| Employers Assurance Co. P.O. Box 53092 Phoenix, AZ 85072-3092 | Employers Assurance Co. P.O. Box 53092 Phoenix, AZ 85072-3092 | | Unliquidated | 813.07 |
| Gas South P.O. Box 530552 Atlanta, GA 30353 | Gas South P.O. Box 530552 Atlanta, GA 30353 | | Unliquidated | 200.00 |
| Georgia Power 96 Annex Atlanta, GA 30396 | Georgia Power 96 Annex Atlanta, GA 30396 | | Unliquidated | 3,200.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Pearson's Wine of Atlanta, Inc.**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grasshopper Landscaping Services<br>P.O. Box 49732<br>Atlanta, GA 30349 | Grasshopper Landscaping Services<br>P.O. Box 49732<br>Atlanta, GA 30349 | | Unliquidated | 150.00 |
| Hanif Juma<br>4990 Saddle Bridge Lane<br>Alpharetta, GA 30022 | Hanif Juma<br>4990 Saddle Bridge Lane<br>Alpharetta, GA 30022 | | | 1,500.00 |
| On Call Courier Service<br>6065 Roswell Road, Ste 506<br>Atlanta, GA 30328 | On Call Courier Service<br>6065 Roswell Road, Ste 506<br>Atlanta, GA 30328 | | Unliquidated | 450.00 |
| PayDay USA<br>1100 Abernathy Road<br>Suite 1000<br>Atlanta, GA 30328 | PayDay USA<br>1100 Abernathy Road<br>Suite 1000<br>Atlanta, GA 30328 | | Contingent<br>Unliquidated | 16,000.00 |
| Selective Ins<br>BOX 371468<br>Pittsburgh, PA 15250 | Selective Ins<br>BOX 371468<br>Pittsburgh, PA 15250 | | Unliquidated | 1,526.00 |
| Stancom<br>2615 Shallowford Road, N.E.<br>Atlanta, GA 30345 | Stancom<br>2615 Shallowford Road, N.E.<br>Atlanta, GA 30345 | | Unliquidated | 100.00 |
| Stoneridge<br>1050 E. Piedmont Road,<br>Ste E-222<br>Marietta, GA 30062 | Stoneridge<br>1050 E. Piedmont Road,<br>Ste E-222<br>Marietta, GA 30062 | | Unliquidated | 850.00 |
| Thyssenkrupp Elevator Corp<br>P.O. Box 933004<br>Atlanta, GA 31193 | Thyssenkrupp Elevator Corp<br>P.O. Box 933004<br>Atlanta, GA 31193 | | Unliquidated | 568.85 |
| Waste Management<br>P.O. BOX 105453<br>Atlanta, GA 30348 | Waste Management<br>P.O. BOX 105453<br>Atlanta, GA 30348 | | Unliquidated | 300.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date　**November 8, 2010**　　　　　　　　Signature　**/s/ Marvin W. Eisenberg**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Marvin W. Eisenberg**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Air Heat North, Inc.
3840 Oakcliff Industrial Court
Atlanta, GA 30340


American Background
P.O. Box 791380
Baltimore, MD 21279


AmeriPark
3344 Peachtree Road NE, P-100
Atlanta, GA 30305


AT&T
P.O. Box 105262
Atlanta, GA 30348


Atlanta Beverage
1250 Atlanta Industrial Blvd
Marietta, GA 30066


Avant Partir
2870 N Berkley Lake Rd
Suite 8
Duluth, GA 30096


Aviva
P.O. Box 29047
New York, NY 10087


BB & T
P.O. Box 580050
Charlotte, NC 28258-0050


Blue Cross Blue Shield
P.O. Box 406750
Atlanta, GA 30384

```
BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290




Cbeyond
P.O. Box 406815
Atlanta, GA 30384




Charles Wilson
3401 Cranborne Chase
Marietta, GA 30062




City of Atlanta / Water Dept
P.O. Box 105275
Atlanta, GA 30348




Coca Cola Enterprises
P.O. Box 403390
Atlanta, GA 30384




Compass Wine Group
1800 Wilson Way SE
Suite 11
Smyrna, GA 30082




Continental Beverage Corp
1649 Sands Place SE
Suite D
Marietta, GA 30067




Crystal Springs
P.O. Box 660579
Dallas, TX 75266




Empire Distributors
3755 Atlanta Industrial Pkwy
Atlanta, GA 30331
```

```
Employers Assurance Co.
P.O. Box 53092
Phoenix, AZ 85072-3092



Fulton County Tax Commissioner
P.O. Box 105052
Atlanta, GA 30348-5052



Gas South
P.O. Box 530552
Atlanta, GA 30353



General Wholesale
1271 Tacoma Drive NW
Atlanta, GA 30318



Georgia Crown Distributors
100 Georgia Crown Drive
McDonough, GA 30253



Georgia Department of Revenue
Taxpayer Service Div.
P.O. Box 105296
Atlanta, GA 30348



Georgia Power
96 Annex
Atlanta, GA 30396



Grapfields, INC
6175-B Northbelt Pkwy
Norcross, GA 30071



Grasshopper Landscaping Services
P.O. Box 49732
Atlanta, GA 30349
```

```
Hanif Juma
4990 Saddle Bridge Lane
Alpharetta, GA 30022



Hemispheres Global Wines
1930 Airport Industrial Park
Marietta, GA 30060



Hughes Media
3985 Randall Mill Rd
Atlanta, GA 30327



LAG, INC
P.O. Box 25
Tucker, GA 30085



Loss Prevention
975 Cobb Place Blvd., Ste 315
Kennesaw, GA 30144



Marvin Walter Eisenberg
c/o Pearson's Wine of Atlanta
3072 Early Street, NW
Atlanta, GA 30305



National Distributing
One National SW
P.O. Box 44127
Atlanta, GA 30336



New World Wines
1600 Wilson Way
Suite 12
Smyrna, GA 30085



Northeast Sales
1400 Beaver Ruin Rd
Norcross, GA 30093
```

```
On Call Courier Service
6065 Roswell Road, Ste 506
Atlanta, GA 30328



PayDay USA
1100 Abernathy Road
Suite 1000
Atlanta, GA 30328



Prestige Wines
1775 West Oak Pkwy
Suite 100
Marietta, GA 30062



Priceless Professionals
3605 Sandy Plains Road
Marietta, GA 30066



Prime Wine
1256-B Oakbrook Drive
Norcross, GA 30093



Quality Wine and Spirits
2279 Defoor Hills Rd NW
Atlanta, GA 30318



Safeco
10425 Old Alabama Rd. Conn.101
Alpharetta, GA 30022



Sard & Leff
100 Galleria Parkway SE, Ste 400
Atlanta, GA 30349



Savannah Distributing
200 Buxton Ct
Lilburn, GA 30047
```

```
Selective Ins
BOX 371468
Pittsburgh, PA 15250



Southeast Toyota Finance
P.O. BOX 70831
Charlotte, NC 28272



Stancom
2615 Shallowford Road, N.E.
Atlanta, GA 30345



Stanley Convergent Security
Dept Ch 10651
Palatine, IL 60055



Stoneridge
1050 E. Piedmont Road,
Ste E-222
Marietta, GA 30062



Taylor English
1600 Parkwood Circle, Ste 400
Atlanta, GA 30339



Terminix
P.O. Box 742592
Cincinnati, OH 45274



Thyssenkrupp Elevator Corp
P.O. Box 933004
Atlanta, GA 31193



Ultimate Distributors
1376-A Hills Place
Atlanta, GA 30318
```

```
Unique
627 Cherokee St
Suite 3
Marietta, GA 30060



United Distributing
5500 United Drive
Smyrna, GA 30082



Vinifera
2081 Kilman Drive
Tucker, GA 30084



Waste Management
P.O. BOX 105453
Atlanta, GA 30348



Wells Fargo Bank
P.O. Box 96074
Charlotte, NC 28296-0074
```